

# Fourth Court of Appeals
## San Antonio, Texas

November 29, 2018

No. 04-18-00481-CR

Dorothy A. **HOLLOWAY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR0541
Honorable Sid L. Harle, Judge Presiding

# O R D E R

The appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The appellants brief is due on December 27, 2018. No Further Extensions, absent extraordinary circumstances.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court